JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY HARVEY, JR., an individual, <br><br> Plaintiff <br><br> v. <br><br> ULTIMATE EARS LLC, a California limited-liability company; UE INVESTMENT, LLC, a California limited-liability company; INNOVATE PARTNERS, INC., a California corporation; UE TWO, LLC, a California limited-liability company; and ROBERT G. ALLISON, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTER-ACTION. | Case No. SACV09-668-DOC (MLG) <br><br> ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a) |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)

The parties to this litigation having jointly stipulated that

- all claims that the Plaintiff has pending against the Defendants and all claims that Counter-plaintiffs have pending against the Counter-defendant are settled by agreement and shall be dismissed with prejudice;
- the parties shall bear their own costs, including attorneys fees;
- this Court shall retain jurisdiction to enforce the settlement agreement entered into by the parties to this litigation;

IT IS SO ORDERED.

Dated: March 12, 2010

_____

DAVID O. CARTER

United States District Judge